IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE

BOBBY LESHAWN BUCKLEY                                                    PLAINTIFF

V.                                                      CIVIL ACTION NO. 4:09CV010-A-S

CHRISTOPHER B. EPPS, et al.                                            DEFENDANTS

## ORDER

In accordance with the opinion issued this day,

1) Defendants Tiffany Caldwell and Walter Baugh are dismissed; and

2) the matter shall proceed as to all remaining defendants.

SO ORDERED, this the 1st day of June, 2010.

                                                  /s/ Sharion Aycock
                                                  **U.S. DISTRICT JUDGE**